# EXHIBIT 2



# AFFIDAVIT Declaration of Preservation for Social Media Information, LLC

SMI Aware states and declares as follows:

1. SMI Aware is responsible for the capture and preservation of source code and metadata related to social media and web presence on the requested Export. SMI Aware has the knowledge of the matters and facts declared herein, and is competent to testify.

Export Reports are generated by capturing and preserving the social media information such as websites, pictures, and content from web pages, on an SMI Aware secure server, that preserves the HTML, source code and metadata that generates the website's content at a specific point in time. The chain of custody is established at time of access and maintained throughout the preservation process.

As part of this report a full Facebook profile as well as the source code was captured. This source code file is located in the zip file that is referenced as part of the export.

700 River Avenue, Suite 323, Pittsburgh, PA 15212
© 2014 Social Media Information, LLC. All Rights Reserved.

1.888.299.9921
smiaware.com



2. At the request of Jonathan D. Marcus at The Law Office of Marcus & Shapira LLP, SMI Aware preserved the following URL: https://www.facebook.com/JosiahKostek, (E-11924) on June 08, 2020, captured at 18:03:55 UTC, consisting of 1,855 pages . The Operating System used by SMI Aware was Windows 10 64-bit, and the web browser SMI Aware used was Firefox 77.0

3. We affirm that the contents of the discovery described in this affidavit are true and correct captures of data pertaining to the subject of this report on the stated date and time.



WE DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE COMMONWEALTH OF PENNSYLVANIA, THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED this 9th day of July, 2020 at Pittsburgh, Pennsylvania.   By: _____
Jacob Petti, Export Analyst

STATE OF Pennsylvania
COUNTY OF Allegheny

On this 9th day of July, 2020, before me personally appeared Jacob Peti, to me known to be the declarant described herein, and who executed the foregoing instrument, and acknowledged that he signed the same as his free and voluntary act and deed for the uses and purposes therein mentioned.

SUBSCRIBED AND SWORN to before me this 9th day of July, 2020.

Signature: Sara Schindler

Printed Name: Sara Schindler

Notary Public in and for the State of Pennsylvania

Residing at: Pittsburgh, PA

My commission expires: 3/27/2023

Seal:
```
Commonwealth of Pennsylvania - Notary Seal
Sara Schindler, Notary Public
Allegheny County
My commission expires March 27, 2023
Commission number 1345885
Member, Pennsylvania Association of Notaries
```

700 River Avenue, Suite 323, Pittsburgh, PA 15212          1.888.299.9921
© 2014 Social Media Information, LLC. All Rights Reserved.          smiaware.com

3



# Export E-11924

**Matter/Claim Number: Anti-Mask Lawsuit**
**URL: https://www.facebook.com/JosiahKostek**
**Capture Start: 2020-06-08 18:03:55 (UTC)**
**Operating System: Windows 10 64-bit**
**Browser Engine: Firefox 77.0**



© Social Media Information, 2019

# Josiah Kostek
(Mr Therapy)

Add Friend | Follow | Message

**Timeline** | About | Friends | Photos | More ▾

## DO YOU KNOW JOSIAH?

To see what he shares with friends, send him a friend request.    Add Friend

### Intro

If you Only KNEW How easy being your own Boss could Be!
www.MakeMeElite.com
Let's Get Started

- Marketing Coordinator at Mister Therapy
- Studied Music Business at Full Sail University
- Separated
- Joined January 2010
- Followed by 381 people
- AutomationAnswer.com
- MisterTherapy.com

### Photos

### Friends

### Life Events

**Started New Job at Mister Therapy**
January 1, 2019

**Started New Job at Rules To The Game**
November 11, 2015

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ▾
Facebook © 2020

---

**Josiah Kostek**
12 hrs

"Lives" Don't Have Colors:
"Skin" Does. Colors Don't Matter:
Lives Do.

What Color Is Your Soul? I Bet It's The Same As Mine ❤️

30    14 Comments  1 Share

Like    Share

**Josiah Kostek** That came Straight From The Heart, So, For Once, I'ma Like MY OWN Damn Post! lmao - #LoveOneAnother
Like · 12h     4

**Damien Olsen**
[GIF]
1

**Josiah Kostek** Thank you Brother! I don't even think this one came from me. I think The Spirit was Talking Through me. I'm just a Mouthpiece.
Like · 11h

**Barbie Figueroa** Amen 🙏 Your discernment is on point! ❤️❤️❤️
Like · 7h     2

**Josiah Kostek** Because of Great leaders like you Ma'am 😊 Thank you Barbie.
Like · 7h     1

**Barbie Figueroa** You are too kind! 😊
Like · 7h

**Josiah Kostek** And 1 day, I'll be even better Barbie 😊
Like · 7h

**Andy Boucher** 100% correct. People can't change their DNA, only their heart.
Like · 5h     2

**Sam Jackson** Thank you for that information
Like · 5h     1

**Larry Wilson**
🙏🏾🙏🏾🙏🏾
Like · 4h

**Bre Holt** Something I can agree with.
Like · 2h     1

**Josiah Kostek** Bre Holt you might be surprised how much we agree on as we get to know one another ma'am.
Like · 2h

**Ina Wishnia** #ALL LIVES MATTER!
Like · 2h

5

# Export Details



**Requestor**

Jonathan D. Marcus (Marcus & Shapira LLP)

**Billing Number**

Not Provided

**Matter Number**

Anti-Mask Lawsuit

**Export Type**

facebook

**Export URL**

https://www.facebook.com/JosiahKostek

**Additional Instruction**

Not Provided

**Timeframe Start Date**

Not Provided

**Timeframe End Date**

Not Provided

**Source Code Url**

https://smi-v3-production.s3.amazonaws.com/export_attachments/JosiahKostek_11924_Facebook.zip

**Source Code SHA-256 Hash**

4c2c1d88513e1accd30528eb5b94b79343c568d9340a218f63841f76cbae74fe

**Source Code MD5 Hash**

853c8f24898fa2d0dcf539606bdc3c0a

 aware

# AFFIDAVIT Declaration of Preservation for Social Media Information, LLC

SMI Aware states and declares as follows:

1. SMI Aware is responsible for the capture and preservation of source code and metadata related to social media and web presence on the requested Export. SMI Aware has the knowledge of the matters and facts declared herein, and is competent to testify.

> Export Reports are generated by capturing and preserving the social media information such as websites, pictures, and content from web pages, on an SMI Aware secure server, that preserves the HTML, source code and metadata that generates the website's content at a specific point in time. The chain of custody is established at time of access and maintained throughout the preservation process.
>
> As part of this report a Facebook post and brief member list from a specific Facebook group page was captured, as well as the source code. This source code file is located in the zip file that is referenced as part of the export.

700 River Avenue, Suite 323, Pittsburgh, PA 15212
© 2014 Social Media Information, LLC. All Rights Reserved.

1.888.299.9921



2. At the request of Jonathan D. Marcus at The Law Office of Marcus & Shapira LLP, SMI Aware preserved the following URLs: https://www.facebook.com/groups/684807552061585/permalink/705036173372056/ and https://www.facebook.com/groups/684807552061585/members/, (E-11925) on June 04, 2020, captured at 19:12:22 UTC, consisting of eight pages. The Operating System used by SMI Aware was Windows 10 64-bit, and the web browser SMI Aware used was Google Chrome 83.0.4103.61.

3. We affirm that the contents of the discovery described in this affidavit are true and correct captures of data pertaining to the subject of this report on the stated date and time.

700 River Avenue, Suite 323, Pittsburgh, PA 15212    1.888.299.9921
© 2014 Social Media Information, LLC. All Rights Reserved.



WE DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE COMMONWEALTH OF PENNSYLVANIA, THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED this 9th day of July, 2020 at Pittsburgh, Pennsylvania. By: _____

Cameron Reese, Export Analyst

STATE OF Pennsylvania
COUNTY OF Washington

On this 9 day of July, 2020, before me personally appeared Cameron Reese, to me known to be the declarant described herein, and who executed the foregoing instrument, and acknowledged that she signed the same as her free and voluntary act and deed for the uses and purposes therein mentioned.

SUBSCRIBED AND SWORN to before me this 9 day of July, 2020.

Signature: Patricia D Robbins

Printed Name: Patricia D Robbins

Notary Public in and for the State of Pennsylvania

Residing at: 4017 Washington Rd
McMurray Pa 15317

My commission expires: June 16, 2024

Seal:

> Commonwealth of Pennsylvania - Notary Seal
> Patricia D. Robbins, Notary Public
> Washington County
> My commission expires June 16, 2024
> Commission number 1269156
> Member, Pennsylvania Association of Notaries

700 River Avenue, Suite 323, Pittsburgh, PA 15212   1.888.299.9921
© 2014 Social Media Information, LLC. All Rights Reserved.



# Export E-11925

**Matter/Claim Number: Anti-Mask Lawsuit**
**URL: https://www.facebook.com/groups/684807552061585/permalink/705036173372056/**
**Capture Start: 2020-06-04 19:12:22 (UTC)**
**Operating System: Windows 10 64-bit**
**Browser Engine: Chrome 83.0.4103.61**





### PA Small Business against Gov Wolf
🌐 Public group

- About
- Discussion
- **Members**
- Events
- Videos
- Photos
- Recommendations

Search this group

➕ **Join Group**    ••• More    Join this group to post and comment.

**Members** 2,460                    kostek                 ✕

**Search Results** 1



**Josiah Kostek**
Joined about a month ago
Marketing Coordinator at Mister Therapy

👤 Add Friend

---

**SUGGESTED GROUPS**                              See All

**Cats and Kittens**
1,886 members                                    ➕ Join

**THE CAT BOOK**
132,253 members                                  ➕ Join

**Nothing But Kool Cats**
141,559 members                                  ➕ Join

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ▾
Facebook © 2020



# PA Small Business against Gov Wolf

Public group

- About
- Discussion
- **Chad's post**
- Members
- Events
- Videos
- Photos
- Recommendations

+ Join Group    ··· More    Join this group to post and comment.

**Chad Gray**
May 16 at 7:47 PM

Any lawyers in here wanna handle a big injustice? **Josiah Kostek** was arrested today for not wearing a mask then assaulted by the police.

57    61 Comments    10 Shares

👍 Like    ↪ Share

**Stephanie Frantz Mays** What town?
Like · 2w

**Chad Gray** oil city i believe
Like · 2w    👍1

**Sandy Wright** The McShane Firm, LLC
Like · 2w

**Sandy Wright** https://www.facebook.com/TheMcShaneFirm
The McShane Firm, LLC
Like · 2w    👍1

**Josiah Kostek** Chad Gray yes sir. Oil City, Pa. 16301
Like · 2w    👍2

**Rich Ardillo** Video?
Like · 2w    👍1

**Chad Gray** It can probably get pulled from cameras. We have audio. He called me during the incident and I recorded the audio.
Like · 2w    😮1

**Sheila Yvette** Wtf
Like · 2w    👍1

**Lauren Christine** Wtf?! No way!
Like · 2w    👍1

**Lauren Christine** In his stories he's in a hospital gown
Like · 2w    👍2

**Chad Gray** He went to get his neck checked. He has a bad neck injury from his military days.
Like · 2w    👍1

**Lauren Christine** Chad Gray oh ok. This is awful. Did he say no, and then start a fight about it? I'm just trying to see if I understand. I haven't had issues to this extent, yet! Yet, being the key word
Like · 2w    👍1

**Chad Gray** Lauren Christine He is waiting to be added to the group he can tell you in more detail
Like · 2w    👍❤2

**Lauren Christine** Chad Gray got it!
Like · 2w    👍1

**Tonia Wilczewski** Chad Gray he has game.. I do the same thing..
Like · 2w

**Josiah Kostek** Not game Tonia lol. Herniated disk. I'm in the process of a 2nd spinal fusion. I should've had it months ago but, the government put the fear of God in these people so, a NECK SURGERY isn't essential. (i guess). But, I do thank you and everyone for your support. I'm just a guy that wants to take care of his family, earn a living and be left alone. I help everyone I can, don't hurt anyone and deserve the same rights as all Americans. If it takes a beating and being drug through court to make that point, I gladly will: pain and all.
Like · 2w    😢👍7

### DESCRIPTION
Suffering thru the draconian authoritarianism of a runaway Governor. Small business is not represented in Harrisburg currently and we intend to do something about it.

### GROUP TYPE
General

RECENT GROUP PHOTOS    See All



Suggested Groups    See All



**Pennsylvania Patriots for Freedom**
1,158 members    + Join Group

**Friends Who Like PA State Police**
4,470 members    + Join Group

**Property Tax Elimination in PA**
1,003 members    + Join Group

**We The People Of PA**
7,327 members    + Join Group

**Exploring Abandoned (Pennsylvania)**
22,335 members    + Join Group

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▸ Cookies · More ▾
Facebook © 2020

**PA Small Business against Gov Wolf**

Public group

About
Discussion
| Chad's post
Members
Events
Videos
Photos
Recommendations

**Tonia Wilczewski** Josiah Kostek I have to go for 3 surgeries 2 on the neck one more on the back... I still work everyday .. dude has what I need
Like · 2w      2

**Josiah Kostek** I know your pain Tonia. If there's anything I can help with, please feel free to reach out to me.
Like · 2w

**Christian Edward Stepien** Josiah Kostek That makes me so angry!
Joshua Prince isn't local to you but he is a good civil rights lawyer.
Like · 2w      1

**Ken McElroy** Should have had a mask on
Like · 2w      10

**Jay Eckman** Ken McElroy if you aren't joking, no even if you are, you are as big a douche bag as Wolf.
Like · 2w      14

**Brian Koehle** Ken McElroy the mask is not a requirement by the government only a recommendation, it's only required by the government if the person enters a store but then it has to be enforced by the store. Not mention a law has not been broken only a so called order which is not a Law!
Like · 2w · Edited      9

**MJ Farina** Ken McElroy....you are an idiot.
Like · 2w      7

**Cindy Reckhart** Ken McElroy no one has the right to ask or force someone to wear one. He has no reason to explain himself either. It's called freedom.
Like · 2w      7

**Renata Bidness** Troll
Like · 2w      3

**Carol Sojda** Ken McElroy no he shouldn't have troll
Like · 2w      2

**Katie Papilon** Jay Eckman you're right, HE deserves an ass kickin'!
Like · 2w      1

**Mandy Jean** Ken McElroy



Like · 2w      7

**Johnny Mike** Ill never wear a 😊
Like · 2w

**Allene Gagliano** Ken McElroy 😡
Like · 2w

**Rich Kessler** Governors cannot write legislature into law... they can only request... Wolfe is going to be largely regretful on his decision making.
Like · 2w      9

**Robert James Langan** Rich Kessler I doubt he will regret he is a lame duck, taxpayers will pay to defend lawsuits against him not him personally he is on an ego trip and loves it and ya he is an asshole
Like · 2w      2

**Rich Kessler** Robert James Langan he is... my daughter is in a rural town... meadville... they by no means need the same measures as philly.. it's ludicrous
Like · 2w

**Josiah Kostek** Thank you all for the support. I don't mind wearing a mask, if someone asks me polite. I'm in excellent health with the exception of a herniated disk in my neck. I don't cause problems and don't even leave my house unless necessary. I have a right to refuse wearing a mask. No one can legally make me "Buy" masks. if the store Giant Eagle want to demand their customers wear them, they should provide them. I broke NO laws and was arrested, man handled and sent to the ER. This will NOT Stand.
Like · 2w      14

⌃ Hide 15 Replies

**Lauren Christine** Josiah Kostek this is absolutely unacceptable! I hope there are lawyers on here that can represent you.
Like · 2w      3

**Cindy Reckhart** Josiah Kostek hang in there.
Like · 2w      3

**Josiah Kostek** Lauren Christine I as well. I may sound like a jerk right now, but this is the 4th or 5th time I've been arrested by these cops. I've won in court every time. They have a target on me. they have for years. I speak my mind and defend liberty. They don't like it, but that ain't illegal and they can't stop it.
Like · 2w      5



**Josiah Kostek** Thank you Cindy. I'm really Really touched by all of your support. Might be the shot they gave me at the ER, but, it's all making me a bit emotional. It's beautiful .Thank you all again ❤️

Like · 2w

**Lauren Christine** Josiah Kostek oh I'm the same way. I've told my husband, my dad, and my sister, that they might as well start getting bail money ready. I've never been in trouble with the law, ever, but i know my rights. And this isn't a law, it's a recommendation

Like · 2w

**Ilka Bobin** Josiah Kostek

Like · 2w

**Ilka Bobin** Josiah Kostek don't said mandatory said encourage, I bring both of this in my phone picture in case someone give me trouble.

Like · 2w

**Josiah Kostek** Just downloaded them Ilka. I'll be keeping them on my phone from now on as well. Thank you. You're Wonderful 🙂

Like · 2w

**Ilka Bobin** Josiah Kostek the welcome sorry did you have to go through this. I recommend to people's to do the same keep this laws in information with them, a lot people's should research the gov.com. Site. Health site.

Like · 2w · Edited

**Josiah Kostek** I just made a BRAND NEW Folder on my Desktop and Folder in my Bookmarks bar on my browser Ilka. I mine Information. When I go to court, the lawyers go on vacation. I do the research and data gathering and they do the talking. that's all I need them for. Like I said: I'm a law abiding citizen, I'm a veteran, I help my neighbors and community, I am An American. I won't lose.

Like · 2w

**Tina Herman Reese** I'm sorry what you went through. Apparently, Giant Eagle is as bad as Wolf himself. I heard they made a mother put a mask on her 2-month old baby. A blanket over the carrier was not even acceptable. There should be a boycott of Giant Eagle

Like · 2w

**Ilka Bobin** Josiah Kostek wish you the best. ❤️

Like · 2w

**Josiah Kostek** I guess this is the peek at which change comes about Tina. I've never been so close to the tip of the spear so to speak, but, I see now that the new weapons of war are waged with legal pads and ink, with soldiers armed with wits and a double Windsor.

I'm not a perfect man, but I'm a good man. I care about the well-being and the rights of others and I think that should serve as enough. I don't wish ill will on our misguided leaders. I have faith that a very small portion of them are truly corrupt or malevolent: the rest, only disassociated with the needs in the will of the people they govern.

I wish all of these absent minded politicians, autocrats and peace officers goodwill and Godspeed, but first, they need to remove themselves from their position, and let a true representatives of common citizen take their place.

I want prosperity. I want the right to pursue my goals and dreams, and so long as I'm not hurting another living creature, I want to be left alone to pursue that which that God and Constitution granted me: which no man shall deprive me or any one I know of.

I support and trust our military, our law-enforcement & governing bodies: but that doesn't mean there aren't cancerous cells lurking within it. America IS great, but we're not perfect. We are the ones doing the final cleansing, and I'm honored to be one of your ranks.

Like · 2w

**Sherri Starr** Josiah Kostek I am sorry this happened. Contact your State Representative and report it. They are going to try to have him impeached and have many other people with stories like yours violating our Constitutional Rights. Best of luck to you.

Like · 2w

### PA Small Business against Gov Wolf
Public group

- About
- Discussion
- **Chad's post**
- Members
- Events
- Videos
- Photos
- Recommendations

 **Josiah Kostek** Thank you Sherri. I don't need luck. All I need is to wake up each morning and remember what happened to me, and other law abiding citizens and turn on my computer. Chad understands, but you guys don't understand. They opened the box. I have no other goal. I have no other purpose. I will unite. People Like Us and we will make a sound that no one will ignore.

In proof reading this: I sound like a complete psycho. I'm not. I am someone that achieves goals, and protecting the rights of my neighbors and fellow Americans just rose to the top of the list.

I just graduated college recently and this pesky Herniated disc has prevented me from any type of physical labor, but that hasn't slowed my effort to seek employment. But it seems as though destiny has granted me Grace, because my daddy uncle mommy Government decided they were going to help me pay my bills. Even though I'm not getting any kind of assistance from the military service I provided, years I have worked with a medical condition I'm currently in: Despite my efforts to seek gainful employment and start my business.

I have time. I have the motivation and if I'm correct in ascertaining, the majority of people here have the same goals. Other than that, the officer that put me in the Hospital and the memory of it will be all I need.

Like · 2w · 👍 1

 **Dave Magda** What business does this guy own that was injured
Like · 2w

 **Josiah Kostek** I believe the consensus is more along the lines of "citizens" against Governor Wolf. I am an Entrepreneur, but I don't exactly have my LLC registered if you could forgive me. Hopefully that's OK with you. I should Hope the overwhelming majority of people simply want their fellow citizens to prosper and not be impeded by an overbearing government.
Like · 2w · 👍 1

 **Dave Magda** Josiah Kostek it's very unfortunate what happened to you. Please understand that every time an incident like this happens it sets struggling mom and pops on the verge of closing for good a lesser chance of survival. Tom wolf believes that all residents are uneducated and the driving force to keep us shut down is based on this assumption. Therefore although you did nothing wrong this had set us back further in the fight for survival
Like · 2w

**Josiah Kostek** Dave Magda I appreciate your feedback. Thank you
Like · 2w

**Sara Bange**



Like · 2w · 😆 1

 **Jared Daub** Prince Law Offices, P.C.
Please contact Josh Prince.
Like · 2w · 👍😮 2

 **Judi Kunkle** Please do not berate me, I have a serious question. Why are people refusing to wear masks? As a small business owner I just want to reopen, I'll wear a mask if it helps ease my customers mind.
Like · 2w

 **Lauren Christine** Judi Kunkle because they cause more health issues
Like · 2w · Edited · 👍 2

 **Josiah Kostek** It makes it hard to breath for many people. Imagine having PTSD or claustrophobia Judi. It's hell for people just going out in public for basic needs. People are not the same. Masks are good for people that need them. That doesn't give anyone the right to mass order everyone, including people that don't need them AND the people they Harm to wear them.

That's the problem. People that have no problem with masks, especially those who are susceptible to the fear mongering are not considering the needs of those of us who don't want to, or can't wear a mask.

What if the government came up with a reason to make you wear gloves, hair coverings, cuffs identifying your religion, medical conditions, or other personal information? Sounds insane right? Kinda like making healthy people wear masks or bandanas that don't protect anyone from anything, including flatulence, or they will arrest them, right?

All that aside, there are no laws stating I must wear a mask, so, it can rest entirely on my Constitutional right to refuse. I'm an adult. I know how to wash my hands and not breath in peoples faces. I was pretty versed in such practices the 35 years I've been alive prior to the hysteria. I don't need daddy government to decide if I need a mask. I'm sure each and every American and their primary care physician can make that decision.

I hope you don't feel as though I'm berating you. I have absolutely no intention ma'am. Just truth and a hint of sarcasm which I hope you can forgive me for, as the events of yesterday are still fresh in my mind, and my neck. I thank you contributing to the conversation. It is greatly appreciated.
Like · 2w · 👍 2

 **Ruth E. Brown** My business is open. Masks are voluntary as far as I'm concerned.
Like · 2w · 👍 1



# Export Details



**Requestor**

Jonathan D. Marcus (Marcus & Shapira LLP)

**Billing Number**

Not Provided

**Matter Number**

Anti-Mask Lawsuit

**Export Type**

facebook

**Export URL**

https://www.facebook.com/groups/684807552061585/permalink/705036173372056/

**Additional Instruction**

Not Provided

**Timeframe Start Date**

Not Provided

**Timeframe End Date**

Not Provided

**Source Code Url**

https://smi-v3-production.s3.amazonaws.com/export_attachments/PASmallBusiness_11925_Facebook.zip

**Source Code SHA-256 Hash**

c2b73d91ccd5cc742eb013d28ebd20570ce5f0976b4d13e62cc2cf74b4400d81

**Source Code MD5 Hash**

2305430194f137347b3ea2c26dfeb2ca