IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY PLETCHER, et al., ) | |
| ) | |
| Consolidated Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2:20-754 |
| ) | |
| GIANT EAGLE INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER OF COURT**

AND NOW, this 7th day of June, 2021, upon consideration of ¶¶ 10 and 11 of the Status Report of Discovery Special Master, (Docket No. [80]), wherein the Special Master seeks clarification from the Court as to the scope of her duties under the April 20, 2021 Order Appointing Discovery Special Master, (Docket No. [76]), and the Court's inherent authority to interpret its own Orders, *see e.g., EEOC v. U.S. Steel Corp.*, 877 F. Supp. 2d 278, 282, n.5 (W.D. Pa. 2012), the Court finds that the Special Master's appointment to preside over the parties' discovery disputes includes any and all discovery disputes between the parties during the ongoing period of discovery, such that the issues related to spoliation of evidence noted in ¶ 10(i) of the Status Report and any additional disputes resulting from the forthcoming supplemental discovery productions which are presently due on July 6, 2021, among other potential discovery issues which may arise between the parties, are within the scope of the Special Master's duties,

ACCORDINGLY, IT IS HEREBY ORDERED that the Special Master shall continue to preside over the parties' discovery disputes, in accordance with the April 20, 2021 Order Appointing Discovery Special Master and this Order; and,

IT IS FURTHER ORDERED that any motions seeking attorneys' fees related to discovery deficiencies noted in ¶ 10(ii) of the Status Report may also be referred to the Special Master, if the Court deems such referral appropriate.

        <u>s/Nora Barry Fischer</u>
        Nora Barry Fischer
        Senior U.S. District Judge

cc/ecf: counsel of record