# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY PLETCHER, et al., )<br> ) Case No. 2:20-cv-00754-NBF<br>Consolidated Plaintiffs, )<br> )<br>v. )<br> )<br>GIANT EAGLE, INC., C&J GROCERY )<br>CO., LLC, and MATT FACCENDA, )<br> )<br>Defendants. ) | |

## [Proposed] ORDER

For good cause shown, the Joint Motion to Stay Discovery and Related Deadlines is GRANTED. The dates for the end of Phase I fact discovery (June 15, 2021), Phase I expert reports (June 28, 2021), and post-fact discovery status conference (June 30, 2021) set forth in the Amended Case Management Order (ECF 69) are hereby stayed until further order.

IT IS SO ORDERED, this ____ day of _____, 2021

_____

1