### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY PLETCHER, et al., ) | |
| ) | Case No. 2:20-cv-00754-NBF |
| Consolidated Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| GIANT EAGLE, INC., C&J GROCERY ) | |
| CO., LLC, and MATT FACCENDA, ) | |
| ) | |
| Defendants. ) | |

### **DEFENDANTS' MOTION TO COMPEL DISCOVERY**

Pursuant to Federal Rules of Civil Procedure 26 and 37, Defendants respectively move for an order compelling Plaintiffs to provide discovery. As detailed in the corresponding Brief in Support, Plaintiffs have failed to provide complete document production, written discovery, and Court-ordered stipulations, despite already being ordered by the Court to do so. *See* Amended Case Management Order (ECF 69) ("any Plaintiffs who are unwilling to provide complete discovery pursuant to this order . . . will enter into a stipulation dismissing their claims with prejudice"). A proposed order is attached.

Dated: August 4, 2021

Respectfully submitted,

*/s/ Jeremy D. Engle*
Jonathan D. Marcus (PA ID 312829)
jmarcus@marcus-shapira.com
Jeremy D. Engle (PA ID 324008)
engle@marcus-shapira.com

MARCUS & SHAPIRA LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA  15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2021, a true and correct copy of the foregoing was electronically filed and served via operation of the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record entitled to notice who are registered users of ECF.

                                                                      */s/ Jeremy D. Engle*
                                                                       Jeremy D. Engle