## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIMBERLY PLETCHER, et al., | ) | |
| | ) | Case No. 2:20-cv-00754-NBF |
| Consolidated Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GIANT EAGLE, INC., C&J GROCERY | ) | |
| CO., LLC, and MATT FACCENDA, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR SANCTIONS AGAINST GREGORY MANDICH
## FOR FAILURE TO ATTEND HIS DEPOSITION

Pursuant to Federal Rule of Civil Procedure 37, Defendants (collectively, "Giant Eagle")

move for an order sanctioning Plaintiff Mandich for failing to appear *a second time* for his

scheduled deposition.   Giant Eagle states the following in support:

1. On March 18, 2022, the Court ordered Mr. Mandich's scheduled deposition to proceed on April 19, 2022.  ECF 154 at 2.

2. On April 19, 2022, less than five hours before the scheduled start time of 1:00 pm, Mr. Mandich "cancelled" his deposition because of purported "work issues."  4/19/2022 Email (Ex. A).

3. The court reporting service, Planet Depos, charged Giant Eagle a late fee because of the late cancellation, which Giant Eagle asked Mr. Mandich to pay.  4/22/2022-4/28/2022 Email String (Ex. B).  At Mr. Mandich's counsel's request, Giant Eagle asked Planet Depos to waive the late cancellation fees as a courtesy to Giant Eagle, given the significant fees Giant Eagle has paid in this case for depositions.  *Id*.  Planet Depos agreed, and Giant Eagle passed on the courtesy to Mr. Mandich.  *Id*.

4. Giant Eagle and Mr. Mandich rescheduled his deposition for May 26, 2020, at 1:00 pm.  5/16/2022 Email (Ex. C).  Giant Eagle's counsel, the court reporter, videographer, and technician logged onto the Zoom platform for the deposition at its scheduled start time.  About fifteen minutes after the deposition was scheduled to begin, Mr. Mandich's counsel informed Giant Eagle that Mr. Mandich would not appear for his deposition because of "work."

5. Giant Eagle offered Mr. Mandich the opportunity to withdraw his claims to avoid facing a sanctions motion.  5/26/2022 Email (Ex. D).  Mr. Mandich did not respond.

The Court previously ordered that any Plaintiffs who were unwilling to meet their discovery obligations were required to dismiss their claims. *See* 3/3/2021 Order, ECF 69 at 2 ("[A]ny Plaintiffs who are unwilling to provide complete discovery pursuant to this order . . . will enter into a stipulation dismissing their claims with prejudice."). Nonetheless, Mr. Mandich has now failed twice to appear for his deposition. Under Federal Rule of Civil Procedure 37, the Court has wide latitude in imposing sanctions against a Party failing to attend his own deposition. Fed.R.Civ.P. 37 (d)(3); *see also* Fed.R.Civ.P 37(b)(2) (sanctions for failure to obey a Court order). In addition to these discretionary sanctions, when a Party fails to attend his own deposition, the Court "must require the party failing to act, the attorney advising the party, or both, to pay the reasonable expenses, including attorney's fees, caused by the failure, unless the failure was substantially justified or other circumstances make an award of expense unjust." Fed.R.Civ.P. 37 (d)(3).

Mr. Mandich has offered no reason substantially justifying his repeated failure to appear for his own deposition or excusing his failure to obey the Court's Orders. Accordingly, Giant Eagle asks the Court to dismiss his claims and order Mr. Mandich to pay Giant Eagle's reasonable costs and fees in connection with his second deposition at which he did not appear. A proposed Order is attached.

Dated: May 27, 2022

Respectfully submitted,

*/s/ Jeremy D. Engle*
Jonathan D. Marcus (PA ID 312829)
jmarcus@marcus-shapira.com
Jeremy D. Engle (PA ID 324008)
engle@marcus-shapira.com

MARCUS & SHAPIRA LLP
35th Floor, One Oxford Centre

301 Grant Street
Pittsburgh, PA  15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758
*Counsel for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 27, 2022, a true and correct copy of the foregoing was electronically filed and served via operation of the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record entitled to notice who are registered users of ECF.

*/s/ Jeremy D. Engle*
Jeremy D. Engle