IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY PLETCHER, et al., | ) |
| Consolidated Plaintiffs, | ) |
| v. | ) Civil Action No. 2:20-754 |
| GIANT EAGLE INC., et al., | ) |
| Defendants. | ) |

**ORDER OF COURT**

AND NOW, this 7th day of December, 2022, in accordance with the foregoing Memorandum Opinion,

IT IS HEREBY ORDERED that Plaintiffs Kimberly Pletcher et al.'s Response to Rule to Show Cause (Docket No. [152]) is GRANTED and Defendants Giant Eagle et al.'s Response to Rule to Show Cause (Docket No. [158]) is DENIED;

IT IS FURTHER ORDERED that Plaintiffs' Third Amended Consolidated Complaint (Docket No. [51]) is DISMISSED, without prejudice. Specifically, Plaintiffs' Title III ADA discrimination and retaliation/coercion claims at Counts I and II are dismissed, as moot, for lack of subject matter jurisdiction. Plaintiffs' state law claims for negligence/reckless conduct, assault/battery and under the PHRA at Counts III, IV and V are dismissed, without prejudice, to be refiled in state court; and,

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge